# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MILDRED WATTS,** | ) Case No. 2:14-cv-01301-MCE-KJN |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **GC SERVICES LIMITED PARTNERSHIP,** | ) |
| Defendant, | ) |

Pursuant to the stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorney fees.

IT IS SO ORDERED.

Dated:  April 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Order to Dismiss - 1